

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk



SEP 3 1998

Michael N. Milby, Clerk

LAURA RAMOS                          *                    .

        VS                    *   C.A. NO. B97 235

HARTZOG BROTHERS, INC.               *
d/b/a EL CENTRO FOODS, ET AL



## ORDER SETTING STATUS CONFERENCE

A status conference in above-captioned and numbered cause of

action is hereby set for **September 16, 1998, at 10:30 a.m.**

DONE at Brownsville, Texas, this 3rd day of September, 1998.

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520