```
        United States District Court
         Southern District of Texas
                 ENTERED

            SEP 1 8 1998

        Michael N. Milby, Clerk of Court
        By Deputy Clerk _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
         FILED
       SEP 16 1998
    Michael N. Milby, Clerk
```

LAURA RAMOS                              *
     VS                                  *   C.A. NO.
HARTZOG BROTHERS, INC., ET AL            *   B97 235

## ORDER GRANTING MOTION
## FOR EXTENSION OF DOCKET DATES

On this day came on to be considered **a motion for extension of docket dates** in the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)  (a)  Plaintiffs shall designate expert witnesses, if applicable, by _____.
     (b)  Defendants shall designate expert witnesses, if applicable, by _____.

(2)  All discovery in this case must be completed by **January 15, 1999**.

(3)  All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(4)  A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than **February 19, 1999**.

     (a)  the nature of the case;
     (b)  contentions of the parties;
     (c)  stipulations;
     (d)  specific issues of fact, as they are submitted to the jury;
     (e)  issues of law, if any;
     (f)  list of all pending motions;
     (g)  approximate duration of trial; and
     (h)  in non-jury cases, specific proposed findings of fact and conclusions of laws.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.

(5)  A final pretrial and settlement conference is set for **March 4, 1999, 10:00 a.m**.

(6)  Jury selection is set for **March 5, 1999, 8:30 a.m**.

(6)  Trial on the merits is set for   **March 9, 1999, at 9 am**   .

DONE at Brownsville, Texas, on **September 16, 1998**.

                                    _____
                                           John Wm. Black
                                    United States Magistrate Judge