12

===============================================================
UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS
===============================================================

LAURA RAMOS                          §
                                     §
                                     §
versus                               §   CIVIL ACTION NO.
                                     §
HARTZOG BROTHERS, INC., ET AL        §   B97 235
                                     §

United States District Court
Southern District of Texas
ENTERED

OCT 05 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment.  28 U.S.C. § 636(c).

| Signature | Party Represented | Date |
|---|---|---|
| *(signed)* | Laura Ramos | 9/23/98 |
| *William Kimball* | Hartzog Brothers, Inc. and Wayne Hartzog, Individually | 9/25/98 |
|  |  |  |

**ORDER TO TRANSFER**

This case is transferred to Untied States Magistrate Judge

**John Wm. Black**

to conduct all further proceedings, including final judgment.

10-01-98
Date

*(signed)*
United States District Judge