#14

United States District Court
Southern District of Texas
ENTERED

MAR 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LAURA RAMOS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO: B-97-235 |
| | § | (636(c)) |
| HARTZOG BROTHERS, INC., D/B/A | § | |
| EL CENTRO FOODS and WAYNE | § | |
| HARTZOG, Individually and in his | § | |
| Representative Capacity | § | |

## ORDER

**ON THIS DAY** came on to be considered the Unapposed Motion for Continuance filed by the Defendants in the above-styled and numbered cause. The Court, after considering the pleadings on file and the announcement by counsel that the Plaintiff's Motion is unpposed, is of the opinion that the above-styled and numbered cause should be continued. It is therefore,

**ORDERED** that the trial in the above-styled and numbered cause shall be continued from March 9, 1999 until _10 MAY_, 1999, at _9:00 A_.m. JURY SELECTION WILL BE 30 APRIL 99 AT 8:30 A.M.

**SIGNED FOR ENTRY** this 25th day of February, 1999.

_____
U.S. MAGISTRATE PRESIDING

kf\client\hartzog\unappose.mot