17

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 26 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LAURA RAMOS § | |
| § | |
| VS. § | CIVIL ACTION NO: B-97-235 |
| § | |
| HARTZOG BROTHERS, INC., D/B/A § | |
| EL CENTRO FOODS and WAYNE § | |
| HARTZOG, Individually and in his § | |
| Representative Capacity § | |

## ORDER FOR DISMISSAL WITH PREJUDICE

On this day, came on to be considered the Joint Motion for Dismissal with Prejudice filed by Laura Ramos, Plaintiff, and Hartzog Brothers, Inc. d/b/a El Centro Foods and Wayne Hartzog, Individually, Defendants. The Court, after considering the pleadings on file and the announcement of counsel that the parties have settled all claims and causes of action, was of the opinion that this motion should be **GRANTED**. Accordingly, it is hereby;

**ORDERED, ADJUDGED and DECREED** that Plaintiff's causes of action against Defendants, Hartzog Brothers, Inc. d/b/a El Centro Foods and Wayne Hartzog, Individually, be and the same are hereby dismissed with prejudice and that all costs of suit shall be assessed against the Defendants.

DONE AT BROWNSVILLE on this the 26th day of March, 1999.

_____
U.S. MAGISTRATE

kf\client\hartzog\agreemot.dis

AGREED TO:

**KOPPEL, EZELL, POWERS & KIMBALL, L.L.P.**
312 E. Van Buren
P. O. Box 2878
Harlingen, Texas 78550
(956) 425-2000
Fax No. (956) 421-4258

BY: _____
William Kimball
State Bar #114187000
**ATTORNEY FOR DEFENDANTS**

**THE LAW OFFICES OF RUBEN PENA, LLP**
222 W. Harrison Street
Harlingen, Texas  78550
(956) 412-8200
Fax No. (956) 412-8282

BY: _____
Ruben R. Pena
State Bar #15740900
**ATTORNEY FOR PLAINTIFF**

kf\client\hartzog\agreemot.dis